UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                     Plaintiff,

        -against-

PISCES BAR & TAVERN, INC., and 541
CONSTRUCTION CORP.,

                   Defendants.

Case No. 1:25-cv-09588 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendants' answer deadline was December 12, 2025.  *See* Dkts. 6–7.  To date, however, Defendants have not appeared in this action, responded to the complaint, or otherwise communicated with the Court.  As a courtesy, the Court shall extend Defendants' deadline to answer or otherwise respond to the Complaint to **December 29, 2025**.  Defendants are warned that continued failure to respond to the complaint may result in the entry of default judgment against them.

Dated:  December 15, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge