# PECHMAN LAW GROUP PLLC

## LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

February 25, 2026

District Judge Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Request GRANTED.  Defendants' deadline to answer or otherwise respond to the Complaint is extended to **March 29, 2026**.  The parties' deadline to file the Joint Letter required by Dkt. 5 is likewise extended to **April 16, 2026**.

Dated: February 26, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Doncouse v. Pisces Bar & Tavern, Inc. et al.*
    Case No. 25-cv-09588-JLR

Dear Judge Rochon,

We represent Defendants in the above-referenced matter and, together with counsel for Plaintiff, request a 30-day extension of the February 27, 2026 deadline for all Defendants to respond to the Complaint. The proposed new deadline would be March 29, 2026.  The parties are presently engaged in discussions regarding the underlying facts of the claims and are requesting additional time to assess whether a resolution may be achieved.

We also request a 30-day extension of time to file the Joint Letter required by Docket Entry No. 5. The proposed new deadline for the Joint Letter would be Joint Letter is currently due April 16, 2026.

This is the parties' second request for an extension of both deadlines.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

Cc: Counsel for all Parties