**PECHMAN LAW GROUP PLLC**
LABOR & EMPLOYMENT ATTORNEYS

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

August 7, 2026

Request GRANTED. The parties' Initial Pre-Trial Conference is adjourned from August 13, 2026, to **August 17, 2026, at 10:00 a.m.** Given the limited nature of the adjournment, the parties need not submit a revised case management plan unless so desired.

Dated: August 7, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

District Judge Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Doncouse v. Pisces Bar & Tavern, Inc. et al.*
Case No. 25-cv-09588 (JLR)

Dear Judge Rochon,

We represent Defendants in the above-referenced matter and submit this letter to request an adjournment of the Initial Pre-Trial Conference scheduled in this matter on August 13, 2026.

The parties jointly submit: August 17, 2026; September 15, 2026, or September 16, 2026 as alternative dates. Plaintiff consents to this request and this is the parties' first request for an adjournment of this conference. If the Court grants this request, the Parties will submit a revised case management plan.

We thank the Court for its consideration of this request.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

cc: Counsel for Plaintiff (via ECF)